# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-CR-87-1-JPS |
| EDGARDO QUILES-RIVERA, | **ORDER** |
| Defendant. | |

On June 7, 2016, the grand jury returned a single-count indictment against Defendant. (Docket #1). The government charged Defendant with conspiring to distribute heroin, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2. *Id.* On March 12, 2018, the parties filed a plea agreement indicating that Defendant would plead guilty to the Indictment. (Docket #550).

The parties appeared before Magistrate Judge David E. Jones on March 12, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #551). Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #551 and #553). Magistrate Jones also carefully questioned Defendant regarding his understanding of the plea agreement (he cannot read English) and Defendant's satisfaction with his counsel's assistance. (Docket #553). Defendant confirmed that he understood the plea agreement and was satisfied that he received effective assistance of counsel. *Id.*

On March 15, 2018, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #553) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 9th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge